*In re* MICHAEL IRENE WELCH, Asserted to be in Need of Mental Treatment.—(THE PEOPLE OF THE STATE OF ILLINOIS, Petitioner-Appellee, *v.* MICHAEL IRENE WELCH, Respondent-Appellant.)

(No. 60152;

First District (1st Division)—May 5, 1975.

Opinion by Mr. JUSTICE GOLDBERG.

James J. Doherty, Public Defender, of Chicago (Gail Moreland and Anthony Pinelli, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Marcia B. Orr, Assistant State's Attorneys, of counsel), for the People.